1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THE LOS ANGELES LAKERS, INC., a California corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 10,<br><br>           Defendants. | Case No.:CV 14-7743-DMG (SHx)<br><br>**JUDGMENT** |

On April 17, 2015, the Court granted Defendant Federal Insurance Company's ("Federal") Motion to Dismiss the above-captioned action with prejudice [Doc. # 26].

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant Los Angeles Lakers, Inc. shall recover nothing from Federal; and

2. Judgment is entered in favor of Federal on the merits.

IT IS SO ORDERED.

DATED: April 30, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE